UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MILLER, DEVLIN & McLEAN, P.S., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>WESTPORT INSURANCE CORP.,<br><br>　　　　　　　　　Defendant. | NO: 12-CV-0111-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

Before the Court is the parties' Motion to Dismiss (EFC No. 9). The motion was heard without oral argument.

The parties stipulate that the above-captioned matter be dismissed with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

The parties' Motion to Dismiss (ECF No. 9) is **GRANTED** with prejudice and without costs to either party.

ORDER GRANTING MOTION TO DISMISS ~ 1

1   The District Court Executive is directed to enter this Order, provide copies
2   to counsel, and close the file.
3   **DATED** this 25th day of April, 2012.

        *s/ Thomas O. Rice*

        THOMAS O. RICE
        United States District Judge

ORDER GRANTING MOTION TO DISMISS ~ 2